## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## EASTERN DIVISION

| | | |
|---|---|---|
| PHILLIP EASTERDAY, ET AL., | * | Case No. 3:06-CV-338 |
| Plaintiffs, | * | **STIPULATED DISMISSAL** |
| -vs- | * | |
| MEDTRONIC SOFAMOR DANEK, USA, INC., ET AL., | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____/

Now come the parties, by and through their respective counsel, and hereby stipulate that all claims in the above-captioned matter be dismissed with prejudice and with each party to bear their own costs.

Respectfully Submitted,


/s/ Pamela A. Borgess
Pamela A. Borgess (0072789)
ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 200
Toledo, Ohio 43617
*Counsel for Plaintiffs*

/s/ Thomas B. Schmidt, III
Thomas B. Schmidt, III (191960
PEPPER HAMILTON LLP
Post Office Box 1181
Harrisburg, PA 17108-1181
*Counsel for Defendants*